FILED
MAR 2 2 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NUMBER: 16-30032-DRH |
| TARKEISHA MONTRICE SAYLES, | ) Title 18, U.S.C. Sections 1028A, |
| | ) 1341 and 1343 |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Introduction to the Scheme to Defraud

At all times relevant, **TARKEISHA MONTRICE SAYLES,** was employed by a senior living center in Belleville, within the Southern District of Illinois. **SAYLES'** job duties included receiving parcels and letter mail delivered by the United States Postal Service for residents of the senior living center. **SAYLES'** work location was at the front desk at the entrance to the senior living center. Given the advanced age and infirmities of many of the residents of the senior living center, some of the residents had a power or attorney [POA] that handled their financial affairs. Mail items of residents that had a POA were held at the front desk for the POA to pick up. The majority of the mail at the front desk was financial related documents. It was **SAYLES'** responsibility to hold the sensitive mail matter for the respective POAs to pick up. **SAYLES** also received parcels delivered by commercial interstate carriers such as FedEx, USPS and UPS for the residents.

1

## COUNT 1

### Mail Fraud

1. The Introduction to the Scheme to Defraud is incorporated by reference herein as if fully realleged.

2. From on or about August 3, 2014, and continuing through August 18, 2015, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**TARKEISHA MONTRICE SAYLES,**

defendant herein, did cause the foreseeable use of mail matter to be delivered in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

3. On or about August 17, 2015, victim L.K.F., resident of the senior living center in Belleville, reported to the Fairview Heights, Illinois Police Department (FHPD) that L.K.F. had received a phone call from Macy's collections department stating L.K.F.'s Macy's Star Rewards credit card was delinquent. L.K.F. said she has not used her Macy's Star Rewards credit card (ending in 3452) in several years, did not give anyone permission to use it, and could not find it in her wallet or in her room.

4. L.K.F.'s Macy's Star Rewards credit card statement for the period ending July 1, 2015 showed a transaction from Macys.com on June 4, 2015. Further investigation revealed an online purchase from Macys.com was made on June 4, 2015 with L.K.F.'s Macy's Star Rewards card. This purchase was shipped to the senior living center and was ordered from the IP address of 75.132.133.124.

5. Charter Communications records indicated that IP address of 75.132.133.124 had a service address and billing address of the residence of **TARKEISHA MONTRICE SAYLES** and an email address of tarkeishabaker@yahoo.com.

6.  In furtherance of the scheme to defraud, **TARKEISHA MONTRICE SAYLES**, thereafter caused the foreseeable delivery of mail matter to the senior living center, located in Belleville, Illinois, of the item fraudulently purchased on June 4, 2015 using L.K.F.'s Macy's Star Rewards credit card.

All in violation of Title 18, United States Code, Section 1341.

## COUNT 2

### Wire Fraud

1.  The Introduction to the Scheme to Defraud is incorporated by reference herein as if fully realleged.

2.  From on or about August 3, 2014, and continuing through August 18, 2015, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**TARKEISHA MONTRICE SAYLES,**

defendant herein, did cause the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

3.  On or about August 22, 2015, L.K.F. and her Power of Attorney (POA), reported to the Fairview Heights Police Department that L.K.F. had received a statement for an Associated Bank Visa Signature Bonus Rewards PLUS Card in the mail that day. L.K.F. stated she had not opened the account nor had she given anyone permission to open a credit card account using her personal information.

4.  Associated Bank records revealed that the credit card account was applied for online from IP address 24.217.121.18. Charter Communications records indicated that IP address of 24.217.121.18 came back to the senior living center where SAYLES was employed. L.K.F. does not know how to operate a computer.

5. A transaction report for the Associated Bank Visa Signature Bonus Rewards PLUS Card was obtained. Based on the date, amount, description, and location of transactions, video surveillance was retrieved from multiple locations showing **TARKEISHA MONTRICE SAYLES** using the card.

### THE WIRE COMMUNICATION

6. A transaction report for the Associated Bank Visa Signature Bonus Rewards PLUS Card further revealed an interstate wire communication PayPal transaction that was made on June 17, 2015 to "Christone."

7. Records revealed that the PayPal transaction using the Associated Bank Visa Signature Bonus Rewards PLUS Card in the name of L.K.F. was utilized to make a rent payment on the residence of **TARKEISHA MONTRICE SAYLES**.

8. In furtherance of the scheme to defraud, **TARKEISHA MONTRICE SAYLES** caused the foreseeable use of an interstate wire communication on or about June 17, 2015, by causing a PayPal transaction using the Associated Bank Visa Signature Bonus Rewards PLUS Card in the name of L.K.F. to make a rent payment on the residence of **TARKEISHA MONTRICE SAYLES**.

All in violation of Title 18, United States Code, Section 1343.

## COUNT 3

### AGGRAVATED IDENTITY THEFT

On or about June 17, 2015, in St. Clair County, Illinois, within the Southern District of Illinois,

**TARKEISHA MONTRICE SAYLES,**

defendant herein, did knowingly use without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, during and in relation to the felony offense of Wire Fraud, as charged in Count 2 of this Indictment, through the use of a means of identification of another person, "L.K.F."

All in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL

F█████

_____
JAMES L. PORTER
Acting United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: Detention