IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>TARKEISHA MONTRICE SAYLES,  )<br>  )<br>  Defendant.  )  | CRIMINAL NO. 16-30032-DRH |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Tarkeisha Montrice Sayles, represented by her attorney Bret Rich, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1.  Tarkeisha Montrice Sayles worked at the Atrium of Belleville, a senior living center, from August 3, 2014 through August 18, 2015 as an Operation Coordinator. Among others, Sayles' job responsibilities included receiving and holding USPS parcels and letter mail for certain residents who have a power of attorney (POA) caring for their financial needs. Sayles' work location was at the front desk at the entrance to the senior living center. Given the advanced age and infirmities of many of the residents of the senior living center, some of the residents had a power or attorney [POA] that handled their financial affairs. Mail items of residents that had a POA were held at the front desk for the POA to pick up. The majority of the mail at the front desk was financial related documents. It was Sayles' responsibility to hold the

1

sensitive mail matter for the respective POAs to pick up. Sayles also received parcels delivered by commercial interstate carriers such as FedEx, USPS and UPS for the residents.

**Mail Fraud**

2. From on or about August 3, 2014, and continuing through August 18, 2015, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere, Tarkeisha Montrice Sayles caused the foreseeable use of mail matter to be delivered in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

3. On or about August 17, 2015, victim L.K.F., resident of the senior living center in Belleville, reported to the Fairview Heights, Illinois Police Department (FHPD) that L.K.F. had received a phone call from Macy's collections department stating L.K.F.'s Macy's Star Rewards credit card was delinquent. L.K.F. said she has not used her Macy's Star Rewards credit card (ending in 3452) in several years, did not give anyone permission to use it, and could not find it in her wallet or in her room.

4. L.K.F.'s Macy's Star Rewards credit card statement for the period ending July 1, 2015 showed a transaction from Macys.com on June 4, 2015. Further investigation revealed an online purchase from Macys.com was made on June 4, 2015 with L.K.F.'s Macy's Star Rewards card. This purchase was shipped to the senior living center and was ordered from the IP address of 75.132.133.124.

5. Charter Communications records indicated that IP address of 75.132.133.124 had a service address and billing address of the residence of Tarkeisha Montrice Sayles and an email address of tarkeishabaker@yahoo.com.

6. In furtherance of the scheme to defraud, Tarkeisha Montrice Sayles thereafter caused the foreseeable delivery of mail matter to the senior living center, located in Belleville,

Illinois, of the item fraudulently purchased on June 4, 2015 using L.K.F.'s Macy's Star Rewards credit card.

**Wire Fraud**

7. From on or about August 3, 2014, and continuing through August 18, 2015, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere, Tarkeisha Montrice Sayles caused the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

8. On or about August 22, 2015, L.K.F. and her Power of Attorney (POA), reported to the Fairview Heights Police Department that L.K.F. had received a statement for an Associated Bank Visa Signature Bonus Rewards PLUS Card in the mail that day. L.K.F. stated she had not opened the account nor had she given anyone permission to open a credit card account using her personal information.

9. Associated Bank records revealed that the credit card account was applied for online from IP address 24.217.121.18. Charter Communications records indicated that IP address of 24.217.121.18 came back to the senior living center where Sayles was employed. L.K.F. does not know how to operate a computer.

10. A transaction report for the Associated Bank Visa Signature Bonus Rewards PLUS Card was obtained. Based on the date, amount, description, and location of transactions, video surveillance was retrieved from multiple locations showing Tarkeisha Montrice Sayles using the card.

**THE WIRE COMMUNICATION**

11. A transaction report for the Associated Bank Visa Signature Bonus Rewards PLUS Card further revealed an interstate wire communication PayPal transaction that was made on June 17, 2015 to "Christone."

12. Records revealed that the PayPal transaction using the Associated Bank Visa Signature Bonus Rewards PLUS Card in the name of L.K.F. was utilized to make a rent payment on the residence of Tarkeisha Montrice Sayles.

13. In furtherance of the scheme to defraud, Tarkeisha Montrice Sayles caused the foreseeable use of an interstate wire communication on or about June 17, 2015, by causing a PayPal transaction using the Associated Bank Visa Signature Bonus Rewards PLUS Card in the name of L.K.F. to make a rent payment on the residence of Tarkeisha Montrice Sayles.

14. On September 1, 2015, Sayles was interviewed by the Fairview Heights Police Department and Sayles denied improperly using the credit cards of the senior living center residents.

SO STIPULATED:

_____  
TARKEISHA MONTRICE SAYLES  
Defendant

DONALD S. BOYCE  
United States Attorney

_____  
NORMAN R. SMITH  
Assistant United States Attorney

_____  
BRET RICH  
Attorney for Defendant  
Date: 9/15/16

Date: 9/15/2016